UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP ANGUS ET AL,

         Plaintiffs,

           v.

FLAGSTAR BANK, FSB,

         Defendant.

Case No. 21-10657

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

TANIA GARCIA,

         Plaintiff,

           v.

FLAGSTAR BANK, F.S.B.,

         Defendant.

Case No. 21-10671

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

_____/

**ORDER CONSOLIDATING CASES**

On March 25, 2021, Plaintiffs, Philip Angus and Mark Wiedder, filed suit against Defendant, Flagstar Bank. The following day, Plaintiff Tania Garcia also filed suit against Defendant. On April 2, 2021, the Court accepted Garcia's case as

1

a companion to Angus et al pursuant to L.R. 83.11. Believing that consolidation might promote judicial economy, the Court contacted Plaintiffs, who agreed that the cases should be consolidated.

Accordingly,

**IT IS ORDERED** that Civil Case No. 21-cv-10671 is **CONSOLIDATED** with Civil Case No. 21-cv-10657.

**IT IS FURTHER ORDERED** that Plaintiffs file a consolidated complaint on or before May 3, 2021.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

Dated: April 6, 2021