# Exhibit A

## Experience of John A. Yanchunis

Mr. Yanchunis leads Morgan & Morgan's class action group. Morgan & Morgan is the largest Plaintiff's, contingency-only law firm in the country, with over 700 lawyers in more than 50 offices throughout the United States. Its depth as a trial firm, and its self-funded financial resources, allow it to undertake the largest and most significant cases throughout the country. Mr. Yanchunis—whose career as a trial lawyer began 39 years ago following the completion of a two-year clerkship with United States District Judge Carl O. Bue, Southern District of Texas, (now retired)—has efficiently and expeditiously led many privacy Multidistrict Litigation (MDL) and non-MDL class action proceedings, including as Lead or Co-Lead Counsel, as detailed below with each case's current status denoted in parentheses.

Mr. Yanchunis began his work in privacy litigation in 1999 with the filing of *In re Doubleclick Inc. Privacy Litigation*, 154 F. Supp. 2d 497 (S.D.N.Y. 2001), alleging privacy violations based on the placement of cookies on hard drives of internet users. Beginning in 2003, he served as co-Lead Counsel in the successful prosecution and settlement of privacy class action cases involving the protection of privacy rights of more than 200 million consumers under the Driver's Protection Privacy Act (DPPA) against the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, and Reed Elsevier (which owns Lexis/Nexis). *See Fresco v. Automotive Directions, Inc.*, No. 03-61063-JEM (S.D.

Fla.), and *Fresco v. R.L. Polk,* No. 07-cv-60695-JEM (S.D. Fla.). Subsequently, he also served as co-Lead Counsel in the DPPA class cases, *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.) ($10 million class settlement), and *Kehoe v. Fidelity Fed. Bank and Trust*, No. 03-cv-80593 (S.D. Fla.) ($50 million class settlement).

Mr. Yanchunis's MDL data breach experience includes: *In re: Capital One Consumer Data Security Breach Litigation,* No. 1:19-MD-2915-AJT (E.D. Va.) *In re Yahoo! Inc. Customer Data Security Breach Litigation*, No. 5:16-MD-02752-LHK (N.D. Cal.) ("*Yahoo*") (Lead Counsel) (final hearing seeking approval of $117,500,000.00 common fund settlement set for April 2, 2020); *In re The Home Depot, Inc. Consumer Data Sec. Data Breach Litig.*, No. 1:14-md-02583-TWT (N.D. Ga.) (co-Lead Counsel) (final judgment entered approving a settlement on behalf of a class of 40 million consumers with total value of $29,025,000); *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.) (member of the Plaintiffs' Steering Committee) (final judgment entered approving $380.5 million fund ); *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, 1:15-mc-01394-ABJ (D.D.C.) ("*OPM*") (member of the Executive Committee) (dismissal on standing grounds recently reversed on appeal to the D.C. Circuit); *In re Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 2522 (D. Minn.) (Executive Committee member) (final judgment approving a

settlement on behalf of a class of approximately 100 million consumers upheld by the 8th Circuit).

Mr. Yanchunis's court-appointed leadership experience in non-MDL, data breach class actions is likewise significant, including: *Schmidt, et al., v. Facebook, Inc.*, No. 3:18-cv-05982 (N.D. Cal.) (Co-Lead Counsel) ("*Facebook*") (consolidated complaint filed in February 2019; motion for class certification fully briefed and argued on November 6, 2019); *Walters v. Kimpton Hotel & Restaurant*, No. 3:16-cv-05387 (N.D. Cal.) ("*Kimpton*") (Lead Counsel) (class action settlement final approval order entered July 11, 2019); and *In re: Arby's Restaurant Group, Inc. Data Security Litigation*, Nos. 1:17-cv-514 and 1:17-cv-1035 (N.D. Ga.) (co-Liaison Counsel) (final approval of a class settlement entered June 6, 2019); and *Jackson, et al., v. Wendy's International, LLC,* No. 6:16-cv-210-PGB (M.D. Fla.) (final approval of a class settlement entered February 26, 2019)

Mr. Yanchunis's experience in these major data breach matters extends far beyond simply briefing threshold issues and negotiating settlements. Rather, Mr. Yanchunis has personally deposed corporate representatives and CISOs in major data breach cases such as *Yahoo*, *Kimpton*, and *Facebook*. In *Kimpton*, the Court bifurcated pre-trial proceedings and ordered the parties to proceed first with discovery and summary judgment on liability and damages as to the named plaintiff only. Accordingly, nearly a dozen depositions and production and review of tens of

thousands of pages of documents followed. In *Yahoo*, Defendants produced more than 9 million pages of documents, Plaintiffs deposed nine witnesses, and Plaintiffs provided reports for and defended depositions of four experts.

Mr. Yanchunis was recently recognized by Law360 as 3 MVPs in the area of Cybersecurity. Similarly, in 2016, Mr. Yanchunis was recognized by the National Law Journal as its 2016 Trailblazer in the Area of Cybersecurity & Data Privacy.

Mr. Yanchunis' experience in privacy and data breach litigation  has been a speaker   at numerous conferences focused on privacy :  NetDiligence Cyber Risk & Privacy Liability Forum, October 6, 2015; HB Litigation Conferences, February 11, 2016; NetDiligence Cyber Risk & Privacy Liability Forum, June 7, 2016; CPLC CLE, June 18, 2016; Advisen's Executive Risk Insights Conference on Wednesday, September 21, 2016, New York, New York; HB Litigation Conferences, March 17, 2017; NetDiligence Cyber Risk & Privacy Liability Forum, June 6, 2017; Martin Harris Conference, September 28, 2017; New Jersey Association For Justice, May 10, 2018; Los Angeles Class Action Conference , January 11, 2019; The Sedona Conference, February 28, 2019; International Conference on Class Actions and Collective Red, Haifa, Israel, March 28, 2019; Mass Tort Made Perfect, October 23, 2019, Masters of Mass Torts, Cancun, Mexico, February 25, 2020, Class Action Forum, San Diego, California, March 4, 2020; Bridgeport Programs panelist on Data Privacy and Litigation Parts 1 and 2, June, 2021.