# Exhibit B

## **Experience of Zachary C. Schaengold**

Mr. Schaengold has extensive complex litigation experience. Mr. Schaengold is an attorney at the same law firm as Interim Liaison Counsel in two data breach matters in this Circuit: *In re Luxottica of America, Inc. Data Security Breach Litigation*, No. 1:20-cv-00908-MRB (S.D. Ohio), and *In re EyeMed Vision Care, LLC Data Security Breach Litigation*, No. 1:21-cv-36-DRC (S.D. Ohio).

Mr. Schaengold has substantial experience handling class action and complex cases, and has been involved in a variety of class cases, ranging from consumer to securities and RICO class and putative class actions. The cases he has been involved in recently include *Linneman v. Vita-Mix Corp.*, No. 15-cv-748 (S.D. Ohio) (nationwide class settlement for blender purchasers), and putative class cases *Walker v. Nautilus, Inc.*, No. 20-cv-3414-EAS (S.D. Ohio), *Voss v. Quicken Loans, LLC*, No. 1:20-cv-00756-SKB (S.D. Ohio); *Ryder v. Wells Fargo Bank, NA*, No. 19-cv-00638-TSB (S.D. Ohio); *Miranda v. Xavier University*, No. 1:20-cv-00539-TSB (S.D. Ohio); and, *Bechtel v. Fitness Equipment Services, LLC d/b/a/ SOLE Fitness*, No. 1:19-cv-00726-KLL (S.D. Ohio).