# Exhibit C

## Experience of Jeffrey S. Goldenberg

Mr. Goldenberg has served as lead, co-lead, or class counsel in numerous successful MDLs and class actions. *See, e.g.*, *In re Dep't of Veterans Affairs (VA) Data Theft Litig.*, MDL No. 1796, No. 1:06-mc-00506 (D.D.C.) (class counsel; $20 million settlement); *Lynevych v. MercedesBenz USA, LLC*, No. 2:16-cv-881 (D.N.J.) (executive committee member; $700 million nationwide settlement recently announced in diesel emissions fraud litigation); *Sunyak v. City of Cincinnati*, No. 1:11-cv-00445 (S.D. Ohio) (co-lead counsel; employee benefits settlement valued at over $50 million); *Parker v. Berkeley Premium Nutraceuticals*, No. 04 CV 1903 (Ohio C.P. Montgomery) (co-lead counsel; nationwide consumer fraud settlement refunding over $24 million); *Linneman v. Vita-Mix Corporation*, No. 1:15-cv-748 (S.D. Ohio) (class counsel; nationwide defective blender settlement offering replacement blade assemblies valued at $100 each to over five million class members).

Regarding privacy and data breach litigation, Mr. Goldenberg filed the first nationwide class action lawsuit against Google for violating the Federal Wiretap Act in *In re Google Inc. Street View Electronic Communications Litigation*, No. 3:10-md-02184-CRB (N.D. Cal.). In addition, Mr. Goldenberg initiated and settled *Estep v. J. Kenneth Blackwell, in his official capacity as Ohio Secretary of State*, No. 1:06-cv-106 (S.D. Ohio), a case against the Ohio Secretary of State seeking to end the

Internet publication of sensitive personal information of tens of thousands of individuals. This litigation was efficiently resolved through a comprehensive class-wide settlement whereby the Ohio Secretary of State agreed to implement immediate remedial measures to remove the personal and sensitive information from the Internet. Mr. Goldenberg is also actively participating in the following on-going privacy and data breach class actions: *In re: Marriott Int'l, Inc. Customer Data Sec. Breach Litig.*, Case No. 8:19-md-02879 (D. Md.); and *Culbertson et al v. Deloitte Consulting LLP*, Case No. 1:20-cv-03962-LJL (S.D.N.Y.).