# Exhibit D

## **Experience of Gary E. Mason**

As representative of his experience, Mr. Mason is currently serving as Court-appointed Liaison Counsel in *In re U.S. Office of Personnel Management Data Security Breach Litigation*, No.1:15-cv-01394-ABJ, MDL No. 2664 (D.D.C.), involving allegations that the Office of Personnel Management permitted unauthorized parties to acquire the PII of 21.5 million current and former federal employees, job applicants, contractors, and relatives. Mr. Mason also serves as one of two Court-appointed lead counsel in the data breach case *Finnigan v. Canon U.S.A., Inc.*, No. 1:20-cv-06239-AMD-SJB (S.D.N.Y.). He and his firm have an exceptional history of positive resolutions for class related to data breaches. *See, e.g., Bailey v. Grays Harbor Cty. Pub. Hosp.*, No. 20-2-00217-14 (Wash. Super. Ct., final approval granted Sept. 21, 2020); *Chatelain v. C, L, & W PLLC d/b/a Affordacare*, No. 52742-A (Tex. Dist. Ct., final approval granted Nov. 6, 2020); and *Mowery v. St. Francis Healthcare Sys.*, No. 1:20-cv-00013-SRC (E.D. Mo., final approval granted Dec. 12, 2020).

Mr. Mason is also serving as Co-Lead Counsel in other consumer class actions such as *In re Hill's Pet Nutrition, Inc. Dog Food Prods. Liability Litigation*, No. 2:19-md-02887-JAR-TJJ, MDL No. 2887, a consumer class action in which the proposed settlement creating a $12.5 million common fund was recently approved

preliminarily, and *In re DevaCurl Hair Products Litigation*, No. 1:20-cv- 01234-GHW (S.D.N.Y.).