# Exhibit F

## Experience of M. Anderson Berry

Mr. Berry was first selected as the Northern California Super Lawyers Rising Star in 2015 in the field of complex civil litigation. Before joining the Arnold Law Firm in 2017, Mr. Berry worked as an Assistant United States Attorney for the Eastern District of California. As part of the Affirmative Civil Enforcement unit, Mr. Berry handled a wide variety of complex cases, recovering millions of dollars for the United States. Before working for the Department of Justice, Mr. Berry practiced at one of the world's largest law firms, Jones Day, where he represented clients in international arbitration and complex commercial litigation, including defending class action allegations. Mr. Berry attended the University of California, Berkeley, as an undergraduate and for law school.

Mr. Berry has an extensive background in privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States. He also has leadership experience in data breach class action cases throughout the nation, including the following recent matters: *Rossi v. Claire's Stores*, No. 1:20-cv-05090 (N.D. Ill.) (Co-Lead Counsel) (settled): *A.A. v. AFTRA Retirement Fund*, 1:20-cv-11119-UA (S.D.N.Y.) (Co-Lead Counsel) (ongoing); *Riggs v. Kroto, Inc., D/B/A/ iCanvas*, No. 1:20-cv-5822 (N.D. Ill.) (Co-Lead Counsel) (settled); *In re: Hanna Andersson and Salesforce.com Data Breach Litig.*, No. 3:20-cv-00812-EMC (N.D.

Cal.) (Class Counsel) (settled); *Gaston v. FabFitFun, Inc.*, No. 2:20-cv-09534-RGK-E (C.D. Cal.) (Class Counsel) (settled); *Llamas v. Truefire, LLC*, 8:20-cv-00857-WFJ-CPT (M.D. Fla.) (Class Counsel) (settled); *Warshawsky v. cbdMD, Inc.*, 3:20-cv-00562 (E.D. Va.) (Class Counsel) (settled); *Pfeiffer v. RadNet, Inc.*, 2:20-cv-09553-RGK-SK (C.D. Cal.) (Class Counsel) (settled*); Pygin, v. Bombas, LLC and Shopify*, 3:20-cv-04412 (N.D. Cal.) (Class Counsel) (settled).

Mr. Berry is also involved in the following ongoing data breach matters: *Edke v. Belden, Inc.*, No. 1:21-cv-00813 (N.D. Ill.); *Bitmouni v. Paysafe Limited*, 3:21-cv-00641-JCS (N.D. Cal.); *Carrera Aguallo v. Kemper Corporation*, 1:21-cv-01883 (N.D. Ill.); *Cohen v. MedNax Services, Inc.*, 1:21-cv-20375 (S.D. Fla.); *Hashemi v. Bosley, Inc.*, 2:21-cv-00946 (CD. Cal.); *In Re: Accellion, Inc., Customer Data Security Breach Litigation*, MDL No. 3002 (United States Judicial Panel on Multidistrict Litigation); *Adams v. Dickey's Barbecue Restaurants Inc.*, 3:20-cv-03603 (N.D. Tex.); and *In Re: Morgan Stanley Data Security Litigation*, 1:20-cv-05914 (S.D.N.Y.).