# Exhibit G

## Experience of Brian D. Flick

Since beginning the practice of law, Mr. Flick has been very active in local and national attorney associations. He is active with the Cincinnati Bar Association's Bankruptcy Committee. Brian also sits on the Volunteer Lawyers Committee for the Cincinnati Bar Association. He is the current Sixth Circuit Listserv Moderator for the National Association of Consumer Bankruptcy Attorneys, a position he has held since May 2017. He is the current Ohio State Chair for the National Association of Consumer Advocates, a position he has held since May 2017. He was also appointed by the Board of Trustees as a member of the Unauthorized Practice of Law Committee of the Cincinnati Bar Association, a position he has held since June 2017. Mr. Flick has been a frequent speaker at Cincinnati Bar Association, NACBA, and NACA events since 2014 as well as assisting with DannLaw's Regulation X and Z Seminars that have taken place since 2016.

Mr. Flick has experience as counsel in data breach matters across the country including, but not limited to, *In re Sonic Corp. Customer Data Security Breach*, 1:21-md-02807 (N.D. Ohio); *Theresa Tailford, et al. v. Experian Information Solutions, Inc.*, 8:19-cv-02191 (C.D. Cal); *In Re: Accellion, Inc., Customer Data Security Breach Litigation*, MDL No. 3002 (United States Judicial Panel on Multidistrict Litigation); *and Alexander Buck, et al. v. The Kroger Company,* 1:21-cv-00279 (S.D. Ohio).  In addition to the data breach class actions, Mr. Flick has class action

experience in other areas of including acting as co-counsel in *Lieber v. Wells Fargo Bank, N.A.*, 1:16-cv-02868 (N.D. Ohio), *Tarrify Properties, LLC, et al. v. Cuyahoga County, Ohio, et al.*, Case No. 1:19-cv-02293 (N.D. Ohio), *Ethan Ryder, et al. v. Wells Fargo Bank, N.A.*, 1:19-cv-00638 (S.D. Ohio), *Melissa Black, et al. v. City of Girard, et al.*, Case No. 2018 CV 01256 (Trumbull County, Ohio), and *Kellie Madyda, et al. v. Ohio Dept. of Public Safety*, Case No. 2019-00426JD (Ohio Court of Claims).