THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| PHILIP ANGUS, MARK WIEDDER, TANIA GARCIA, EDWARD BURDICK, RAY HARTER, DANIELLE MEIS, JONTHAN KELLEY, RYAN MARTIN, ARTHUR DORE, ANN KELLY, KEITH KELLY, ANDREW HAWKINS, AMBER CHAVEZ, and DOREEN ENDRESS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> FLAGSTAR BANK, FSB, a Michigan-based federally chartered stock savings bank, <br><br> Defendant. | Case No. 2:21-cv-10657-MFL-DRG <br><br> Judge Matthew F. Lei§tman <br><br> Magistrate Judge David R. Grand |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Andrew Hawkins, Doreen Endress, and Amber Chavez hereby voluntarily dismiss their individual claims without prejudice. This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff to this litigation.

1

|  |  |
|---|---|
| Dated:  June 27, 2023 | Respectfully submitted, |

*/s/ Andrew J. McGuinness*

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
P O Box 7711
Ann Arbor, MI  48107
Phone: (734) 274-9374
drewmcg@topclasslaw.com

Daniel C. Girard
Jordan Elias
Adam E. Polk
Simon Grille
GIRARD SHARP LLP
601 California St, Ste 1400
San Francisco, CA 94108
Phone: (415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on the above date a copy of the foregoing was filed with the Court using the ECF system, which will send notification of such filing to all parties who have appeared through their attorneys of record.

    */s/ Andrew J. McGuinness*