# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PHILIP ANGUS, et al.,

      Plaintiffs,

v.

Case No. 21-cv-10657
Hon. Matthew F. Leitman

FLAGSTAR BANK, N.A., f/k/a
FLAGSTAR BANK, FSB,

      Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

This matter coming before the Court on the Parties' Joint Motion to Stay Proceedings Pending Mediation (ECF No. 104), and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Proceedings Pending Mediation is GRANTED. It is further ORDERED that all litigation deadlines in this matter are STAYED and that all pending deadlines are tolled, for ninety (90) days. It is also ORDERED that the parties shall submit a status report regarding their settlement efforts on or before July 3, 2025.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 4, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 4, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
