# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PHILIP ANGUS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB, | Case No. 2:21-cv-10657<br>Hon. Matthew F. Leitman |
| In re Flagstar December 2021 Data Security Incident Litigation | Case No. 4:22-cv-11385<br>Hon. Matthew F. Leitman |

## STIPULATED ORDER OF CONSOLIDATION

1. The Parties have been engaging in settlement discussions in the above-captioned actions (the "actions").

2. On April 4, 2025, the Court stayed proceedings in the actions to allow the Parties to engage in mediation and further extended the stay on June 27, 2025. Case No. 21-cv-10657, ECF No. 105, 107; Case No. 22-cv-11385, ECF No. 99, 101.

3. Thereafter, the Parties notified the Court on August 20, 2025 that the Parties had reached an agreement on the material terms of a global settlement to resolve all claims in the actions.

4. The Parties have proposed consolidating the actions for approval and administration of the settlement pursuant to Fed. R. Civ. P. 42(a) and Local Rule 42.1. The Parties agree that consolidation of the actions will serve the interest of judicial economy without prejudicing the rights of either party.

5. Plaintiffs have advised they will file a Consolidated Complaint and a Motion for Preliminary Approval within thirty (30) days.

**IT IS ORDERED AS FOLLOWS:**

6. The above-captioned actions shall be consolidated as one action under Case No. 2:21-cv-10657 (E.D. Mich.);

7. Plaintiffs shall file a Consolidated Complaint and a Motion for Preliminary Approval within thirty (30) days of the Court's entry of this Order; and

8. All other deadlines in this action are stayed pending settlement proceedings.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2025

STIPULATED BY:

/s/ William E. Ridgway
Marcella Lape
William E. Ridgway
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
Marcie.Lape@skadden.com
William.Ridgway@skadden.com

Sean P. McNally (P66292)
Jason E. Manning
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Sean.McNally@troutman.com
Jason.Manning@troutman.com

*Counsel for Defendants*

/s/ Norman E. Siegel
John A. Yanchunis
Patrick Barthle
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
pbarthle@ForThePeople.com

Norman E. Siegel, MO #44378
Jordan A. Kane, MO #71028
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com
kane@stuevesiegel.com

*Counsel for Plaintiffs*