# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PHILIP ANGUS, et al.,

    Plaintiffs,

vs.

FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB,

    Defendant.

Case No. 21-cv-10657
Hon. Matthew F. Leitman

## STIPULATED ORDER EXTENDING PRELIMINARY APPROVAL DEADLINE

1.    The Parties have been engaging in settlement discussions.

2.    On April 4, 2025, the Court stayed proceedings in the actions to allow the Parties to engage in mediation and further extended the stay on June 27, 2025. Case No. 21-cv-10657, ECF Nos. 105, 107; Case No. 22-cv-11385, ECF Nos. 99, 101.

3.    Thereafter, the Parties notified the Court on August 20, 2025, that the Parties had reached an agreement on the material terms of a global settlement to resolve all claims in the actions.

4.    On August 25, 2025, the Court entered a Stipulated Order of Consolidation, consolidating the cases and directing that Plaintiffs "file a

Consolidated Complaint and a Motion for Preliminary Approval within thirty (30) days of the Court's entry of this Order," (ECF No. 108), which would be September 24, 2025.

5. While Plaintiffs are able to file the Consolidated Complaint by that date, the Parties have advised they desire an additional seven (7) days, up to and including October 1, 2025, to file the Motion for Preliminary Approval.

**IT IS ORDERED AS FOLLOWS:**

6. The deadline for Plaintiffs to file their Motion for Preliminary Approval is extended seven (7) days, up to and including October 1, 2025.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2025

STIPULATED BY:

*/s/ William E. Ridgway*
Marcella Lape
William E. Ridgway
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
Marcie.Lape@skadden.com
William.Ridgway@skadden.com

Sean P. McNally (P66292)
Jason E. Manning
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Sean.McNally@troutman.com
Jason.Manning@troutman.com

*Counsel for Defendants*

*/s/ John A. Yanchunis*
John A. Yanchunis
Patrick Barthle
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
pbarthle@ForThePeople.com

Norman E. Siegel, MO #44378
Jordan A. Kane, MO #71028
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com
kane@stuevesiegel.com

*Proposed Class Counsel and Counsel for Plaintiffs*