# Exhibit E

## PROPOSED TIMELINE OF SETTLEMENT EVENTS

| EVENT | DATE |
| --- | --- |
| Deadline for Flagstar to Serve CAFA Notice | Ten (10) days after October 1, 2025 (Ex. A ¶ 10.1) |
| Flagstar to Establish Settlement Fund | Twenty-one (21) days after entry by the Court of the Preliminary Approval Order (Ex. A ¶ 3.1) |
| Flagstar Provides Class List to Settlement Administrator | Thirty (30) days after entry by the Court of the Preliminary Approval Order (Ex. A ¶ 9.2) |
| Notice Date | Sixty (60) days after entry by the Court of the Preliminary Approval Order (Ex. A ¶ 2.21) |
| Motion for Attorneys' Fees, Expenses, and Service Awards | Twenty-one (21) days before Objection Deadline and Opt-Out Deadline (Ex. A ¶¶ 17.1, 18.1) |
| Exclusion / Opt-Out Deadline | Forty-five (45) days from the Notice Date (Ex. A ¶ 2.24) |
| Objection Deadline | Forty-five (45) days from the Notice Date (Ex. A ¶ 2.23) |
| Settlement Administrator to Provide Final Report to Parties With Number of Exclusions | Seven (7) days from the Opt-Out Deadline (Ex. A ¶ 8.1.9) |
| Deadline to Submit Claims | Ninety (90) days from the Notice Date |
| Final Approval Brief and Response to Objections Due | Fourteen (14) days before the Final Approval Hearing (Ex. A ¶ 5.2) |
| Final Approval Hearing | To be scheduled no earlier than one hundred and fifty (150) days after entry of Preliminary Approval Order |