# REDACTED VERSION OF DOCUMENT TO BE SEALED PURSUANT TO LR 5.3(b)(3)(v)

## SEPARATE OPT-OUT AGREEMENT

This Separate Opt-Out Agreement ("Opt-Out Agreement") is made as of October 1, 2025 by and between Plaintiffs, on behalf of themselves and the Settlement Class, and Defendant Flagstar Bank, N.A. ("Flagstar") (collectively, the "Parties").

The Parties hereby stipulate and agree that, pursuant to paragraph 15.6 of the Settlement Agreement and Release executed on October 1, 2025 (the "Settlement Agreement"), Flagstar shall have the option to terminate the Settlement Agreement and any settlement terms or agreements then in effect subject to paragraphs 6.2 and 6.3 of the Settlement Agreement, if the number of Settlement Class Members who properly and timely exercise their rights to opt out of the Class equals or exceeds ▓▓▓▓▓▓▓▓ of the total number of Settlement Class Members in the Class.

IN WITNESS WHEREOF, the Parties have caused this Opt-Out Agreement to be duly executed by themselves or by their duly authorized counsel:

**Class Counsel on behalf of the Settlement Class Representatives and the Settlement Class:**

Name: Norman E. Siegel

Date: 10/01/2025

Name: John A. Yanchunis

Date: 10/1/2025

**Defendant Flagstar Bank, N.A.:**

Signed by: William E. Ridgway
96A37A309BC7456...

Name: William E. Ridgway

Title: Partner

Date: 10/1/2025