# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| PHILIP ANGUS, MARK WIEDDER, TANIA GARCIA, EDWARD BURDICK, RAY HARTER, DANIELLE MEIS, JONATHAN KELLEY, RYAN MARTIN, ARTHUR DORE, ANN KELLY, KEITH KELLY, RANDY MONIZ, HOLLY RINGLING, JOHN SCOTT SMITH, CHRISTOPHER P. KENNEDY, RAFAEL HERNANDEZ, WILLIAM WORTON, HASSAN NASRALLAH, NATHAN SILVA, LAURIE EWING SCANLON, EVERETT TURNER, and ALLIE MCLAUGHLIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB, a Michigan-based federally chartered stock savings bank, <br><br> Defendant. | Case No.: 2:21-cv-10657-MFL-DRG <br><br> Hon. Matthew F. Leitman <br><br><br> **NOTICE OF NOTIFICATION OF PROPOSED SETTLEMENT TO APPROPRIATE FEDERAL AND STATE OFFICIALS; DECLARATION OF JORDAN TURNER** |

TO ALL PARTIES, THEIR COUNSEL, AND THE COURT, please take notice that pursuant to 28 U.S.C. § 1715, notice of the proposed settlement in the above-captioned matter was timely provided to the appropriate Federal and State officials as detailed in the attached Declaration of Jordan Turner.

Dated: October 16, 2025

Respectfully submitted,

/s/ William E. Ridgway
William E. Ridgway

Marcella L. Lape
William E. Ridgway
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
320 South Canal, 47th Floor
Chicago, IL 60606-5707
Telephone: (312) 407-0700
Marcie.Lape@skadden.com
William.Ridgway@skadden.com

Sean P. McNally (P66292)
Jason E. Manning
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Sean.McNally@troutman.com
Jason.Manning@troutman.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, I caused a true and correct copy of the foregoing Notice of Notification of Proposed Settlement to Appropriate Federal and State Officials and Declaration of Jordan Turner to be filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s/ William E. Ridgway*
William E. Ridgway
